**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BARBARA SCHULTZ,　　　　　　　　　　CASE NO.:  8:17-cv-631-VCM-TBM

　　　　Plaintiff,

v.

CITIBANK, N.A.,

　　　　Defendant.
_____/

## JOINT MOTION TO ORDER ARBITRATION, EXTEND ALL DEADLINES, AND STAY COURT PROCEEDINGS

　　　　Plaintiff, Barbara Schultz ("Plaintiff"), and Defendant, Citibank, N.A. ("Citibank" or "Defendant"), by and through the undersigned counsel, hereby file this Joint Motion to Order Arbitration, Extend All Deadlines, and Stay Court Proceedings ("Joint Motion") pending the outcome of arbitration and for entry of the Agreed Order Granting Joint Motion to Order Arbitration, Extend All Deadlines, and Stay Court Proceedings attached hereto as "Exhibit A," and in support state as follows:

　　　　1.　　　　Plaintiff has filed a Complaint against Citibank alleging, amongst other things, violations of the Telephone Consumer Protection Act ("TCPA") and the Florida Consumer Collection Practices Act ("FCCPA") for calls allegedly made to Plaintiff in an attempt to collect a credit card debt allegedly owed by Plaintiff relating to her credit card.

　　　　2.　　　　Pursuant to the arbitration agreement included in the card member agreements and amendments for both of Plaintiff's accounts with Citibank Credit Card, all attached hereto as "Composite Exhibit B" ("Agreement"), the parties agree that this entire litigation shall be submitted to binding arbitration and this action, including all claims against Citibank alleged herein, shall be stayed in their entirety, including the deadline to set mediation, the deadline to

hold mediation, all discovery and/or other deadlines ultimately issued in this case and/or stated in the Federal Rules of Civil Procedure, and this Court's local rules of practice.

3. More specifically, the parties request that the deadline to schedule mediation and to file a notice of mediation be extended and/or stayed while this Joint Motion is pending, given the agreement to arbitrate the claims in this litigation, as well as Defendant's unavailability on the only three (3) dates Mr. Grilli has available between July 10, 2017 and August 9, 2017.

4. Plaintiff agrees to submit her claims to binding arbitration, as required by the Agreement, with the American Arbitration Association ("AAA") pursuant to its Consumer Arbitration Rules.

5. Should the parties resolve this dispute, the parties agree to file a joint notice of dismissal promptly thereafter.

WHEREFORE, the parties respectfully request entry of the attached Agreed Order Granting Joint Motion to Order Arbitration, Extend All Deadlines, and Stay Court Proceedings for claims against Citibank as set forth in the complaint, and for any other relief the Court deems appropriate.

| Agreed to this 25th day of April, 2017. | Agreed to this 25th day of April, 2017. |
|---|---|
| */s/Laura Westerman Tanner* | */s/Stefan Alvarez* |
| **Reid Manley (FL Bar # 11612)** | William Peerce Howard, Esq. |
| Primary Email: rmanley@burr.com | Stefan A. Alvarez, Esq. |
| Secondary Email: kbassett@burr.com | The Consumer Protection Firm |
| BURR & FORMAN LLP | 210-A South MacDill Ave. |
| 420 North 20th Street, Suite 3400 | Tampa, FL 33609 |
| Birmingham, Alabama 35203 | Billy@TheConsumerProtectionFirm.com |
| Telephone: (205) 251-3000 | Stefan@TheConsumerProtectionFirm.com |
| Facsimile: (205) 458-5100 | Attorneys for Plaintiff |
| **Laura Westerman Tanner** | |
| **(FL Bar # 85573)** | |
| Primary Email: ltanner@burr.com | |
| Secondary Email: zhasbini@burr.com; | |
| BURR & FORMAN LLP | |

201 North Franklin Street, Suite 3200
Tampa, Florida  33602
Telephone:  (813) 221-2626
Facsimile:  (813) 357-3534

Attorneys for Defendant
CITIBANK, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was filed by using the CM/ECF System which will furnish an electronic notice this 25th day of April, 2017 to:

Stefan A. Alvarez, Esq.
William Peerce Howard, Esq.
CONSUMER PROTECTION FIRM
210-A- South MacDill Avenue
Tampa, FL 33609
Email: Stefan@theconsumerprotectionfirm.com
Email: bill@theconsumerprotectionfirm.com
*Attorneys for Plaintiff*

 */s/ Laura Westerman Tanner*
Laura Westerman Tanner, Esq.
(FL Bar 0085573)