UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA SCHULTZ,

    Plaintiff,

v.                               Case No. 8:17-cv-631-T-33TBM

CITIBANK, N.A.,

    Defendant.
_____/

### ORDER

This matter is before the Court pursuant to the parties' Joint Motion to Order Arbitration, Extend all Deadlines, and Stay Court Proceedings (Doc. # 15), which was filed on April 25, 2017. The Court grants the Motion. As stated in the Motion, "the parties agree that this entire litigation shall be submitted to binding arbitration," and "Plaintiff agrees to submit her claims to binding arbitration, as required by the Agreement, with the American Arbitration Association ('AAA') pursuant to its Consumer Arbitration Rules." (Id. at 1-2).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

(1) The parties' Joint Motion to Order Arbitration, Extend all Deadlines, and Stay Court Proceedings (Doc. # 15) is **GRANTED.**

(2) Plaintiff shall submit her claims to binding arbitration, as required by the Arbitration Agreement, with the

American Arbitration Association, pursuant to its Consumer Arbitration Rules.

(3) This case, including all case deadlines, is **STAYED** and **ADMINISTRATIVELY CLOSED** pending the resolution of the arbitration proceedings.

(4) The parties shall file a joint status report on **August 25, 2017**, to inform the Court of the status of the arbitration proceedings. Thereafter, the parties shall continue to file joint status reports with this Court every 90 days until the arbitration proceedings are completed.

(5) The parties are directed to inform the Court immediately upon the completion of the arbitration proceedings.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 26th day of April, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE