**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BARBARA SCHULTZ,

      Plaintiff,

v.                            CASE NO.:  8:17-cv-00631-VMC-TBM

CITIBANK, N.A.,

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      **COMES NOW** the plaintiff, BARBARA SCHULTZ, and the Defendant, CITIBANK, N.A.., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

   By:

| | |
|---|---|
| */s/ Geoffrey Parmer* | */s/ Laura Westerman Tanner* |
| Geoffrey Parmer, Esquire | Laura Westerman Tanner, Esquire |
| Florida Bar No. 0989258 | Florida Bar No. 085573 |
| Geoff@TheConsumerProtectionFirm.com | ltanner@burr.com |
| William Peerce Howard, Esquire | BURR & FORMAN LLP |
| Florida Bar No. 0103330 | 420 North 20th Street, Suite 3400 |
| Billy@TheConsumerProtectionFirm.com | Birmingham, Alabama 35203 |
| The Consumer Protection Firm, PLLC | Telephone: (205) 251-3000 |
| 4030 Henderson Blvd | Facsimile: (205) 458-5100 |
| Tampa, FL 33629 | *Attorneys for Defendant* |
| Tele: (813) 500-1500 | |
| Fax: (813) 435-2369 | |
| *Attorney for Plaintiff* | |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 27th, 2018 a copy of the foregoing document was served on all counsel of record via CM/ECF.

/s/ Geoffrey E. Parmer
Geoffrey E. Parmer, Esquire
Florida Bar No. 0989258
William "Billy" Peerce Howard, Esquire
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM
4030 Henderson Blvd
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Geoff@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*